# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

RONALD CHAVIS,

        Petitioner

        v.

COMMONWEALTH OF PENNSYLVANIA,

        Respondent

: No. 104 EM 2019
:
:
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

      **AND NOW**, this 5th day of December, 2019, the "Motion for Extraordinary Relief" is DENIED.